**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:99 CR 80
2:95 CR 118**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **MITCHUM SCOTT TURPIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion For Continuance (#77) filed by counsel for the Defendant. The undersigned has consulted with counsel for the Defendant as to whether or not Defendant's Motion for Continuance was addressed to the hearing of the Petition alleging that Defendant has violated terms and conditions of his supervised release or as to whether or not the Motion to Continue related to the hearing of a Violation Notice (#73) that has been filed alleging that Defendant has violated terms and conditions of prehearing release. Counsel for Defendant has advised that it was his intent that the Motion to Continue relate to the hearing of the Violation Notice (#73). The undersigned has further consulted with the Government and the Government has no objection to the Motion to Continue. As a result, the motion will be allowed.

1

**ORDER**

    **IT IS, THEREFORE**, **ORDERED** that the Motion For Continuance (#77) is hereby **ALLOWED** and the hearing of the Violation Notice (#73) shall be continued until **April 23, 2014**.  Defendant is ordered to remain in the custody of the United States Marshal pending hearing on the Violation Notice.

Signed: March 26, 2014

Dennis L. Howell
United States Magistrate Judge